UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-po-00565-CKD |
| )  Plaintiff, ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. ) | |
| BRENDA M. WHITTAKER, ) | DATE: April 22, 2021 |
| )  Defendant. ) | TIME: 10:00 a.m. |
| ) | JUDGE: Honorable Carolyn K. Delaney |

   It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00565-CKD is GRANTED.

   It is further ordered that the bench trial scheduled on April 22, 2021, is vacated.

   IT IS SO ORDERED.

Dated: March 29, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE